NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Anthony M. Barnes, SBN 199048
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
T: (917) 371-8293

CLEAR FORM

ATTORNEY(S) FOR: Plaintff Los Angeles Waterkeeper

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Waterkeeper, a California non-profit association,<br><br>Plaintiff(s),<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER INC., a New Jersey corporation,<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-3148<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff Los Angeles Waterkeeper_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Los Angeles Waterkeeper | Plaintiff |
| Johnson & Johnson Consumer, Inc. | Defendant |

____4/12/2021____
Date

/s/Anthony M. Barnes
Signature

Attorney of record for (or name of party appearing in pro per):