Anthony M. Barnes (Bar No. 199048)
Jason Flanders (Bar No. 238007)
Email: amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: (917) 371-8293

Kelly Clark (Bar No. 312251)
Email: kelly@losangeleswaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER INC, a New Jersey corporation,<br><br>Defendant. | **Civil Case No.:** 2:21-cv-03148-DMG-PLA<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

1  **PLEASE TAKE NOTICE** that the parties have reached a settlement in
2  this proceeding. Their agreement is reflected in the proposed Consent Decree attached to
3  this notice as "Exhibit A," a copy of which was already reviewed by the United States
4  Department of Justice ("DOJ") and the United States Environmental Protection Agency
5  ("EPA") for the 45-day review period as required under Section 135.5 of Title 40 of the
6  Code of Federal Regulations. In this matter, the Parties executed the proposed Consent
7  Decree and requested DOJ and EPA review prior to the filing of the complaint. As the
8  45-day review period has completed, Plaintiff hereby notifies the Court that there were
9  no objections received from the reviewing agencies, and thus submits the proposed
10 Consent Decree for consideration and approval by this Court (*see* Exhibit B). A notice of
11 Lodging and Request for Entry of Consent Decree shall be filed contemporaneously with
12 this Notice of Settlement.

   Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated: April 13, 2021                    Respectfully submitted,

                                         AQUA TERRA AERIS LAW GROUP


                                         s/ Anthony M. Barnes
                                         Anthony M. Barnes
                                         Attorneys for
                                         Los Angeles Waterkeeper